IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


BRUCE C. LEMMON                                                              PLAINTIFF

Vs.                    CASE NO.   3:08CV00191 JMM

FLASH MARKET, INC.                                                          DEFENDANT


## ORDER

The jury trial scheduled in Jonesboro sometime during the week of March 15, 2010, will begin Monday, March 15, 2010 at 9:15 a.m., United States Courthouse, 615 South Main Street, Jonesboro, Arkansas.  Counsel are to be present no later than 8:15 a.m. to be prepared for a pretrial conference that will begin at 8:30 a.m.

In preparation of the trial, Counsel are directed to pre-number all exhibits on the exhibit list and on the exhibit.  You do not have to use all of the exhibits listed, and you do not have to use them in order.  They must be pre-numbered, however.  Any exhibit added during trial must follow the last numbered exhibit on your list.  In addition to the original exhibits, Counsel should have a bound **copy** (as in a 3-ring notebook).  This will be for the judge. **Counsel should be prepared to identify opposing party's exhibits to which there are no objections during the pretrial conference.**

Counsel should fax (501.604.5373) or e-mail (jmmchambers@ared.uscourts.gov) the trial witness list and exhibit list no later than the **Thursday, March 11, 2010**. These should be separate lists.  Counsel should also provide opposing counsel a copy of these lists.

If you have not submitted your trial brief and/or jury instructions you must submit those to the Court, **no later than Wednesday, March 10, 2010.**

Pursuant to General Order 54, Cameron Charles McCree, Kristine Baker and Sheila Campbell, are authorized to bring electronic device(s) to this proceeding and each day the trial continues.

IT IS SO ORDERED this 9th day of March, 2010.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK
                                        CLERK OF COURT

                                        By   Donna Jackson
                                                Deputy Clerk