IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRUCE C. LEMMON**                                                                                      **PLAINTIFF**

**vs.**                            **CASE NO. 3:08CV000191 JMM**

**FLASH MARKET, INC.**                                                       **DEFENDANT**

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 60 days of the date of this order.

The trial scheduled for March 15, 2010, is removed from the Court's docket and all pending motions are dismissed as moot (#45, #47, #49, #50, #52, #54).

IT IS SO ORDERED this   11   day of  March , 2010.

                                                               _____
                                                                James M. Moody
                                                                United States District Judge